# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES JORDAN,<br><br>    Defendant. | Case No.:  CR 11-305-01-CRB<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE CONTINUANCE OF SENTENCING HEARING** |

On July 1, 2015, the parties appeared before the Court for a hearing on defendant James Jordan's Supervised Release Violation. At the hearing, the parties indicated to the Court that they would present an agreed upon and negotiated disposition to the Court at the next court date. The parties have an agreed upon and negotiated disposition.

On September 8, 2015, the parties agreed to continue, and the Court continued, Mr. Jordan's sentencing hearing to December 16, 2015, at 2:00 p.m. On December 15, 2015, the Court, *sua sponte*, continued Mr. Jordan's sentencing hearing to December 17, 2015, at 4:00 p.m. Upon learning of the

new sentencing hearing date, the parties notified the Court they were both unavailable on that date and time.

On December 16, 2015, Government counsel received notification from the Court asking the parties to continue Mr. Jordan's currently scheduled sentencing hearing to the Court's first available date in January 2016. Based on the Court's publicly posted calendar, the Court's first available date is January 13, 2016, at 2:00 p.m.

As such, the parties jointly agree, stipulate and request that Mr. Jordan's supervised release sentencing hearing be continued from December 17, 2015, at 4:00 p.m. to January 13, 2016, at 2:00 p.m.

IT IS SO ORDERED:

Dated: December __17__, 2015

_____
CHARLES R. BREYER
SENIOR U.S. DISTRICT JUDGE

APPROVED AS TO FORM:

Dated: December 16, 2015          _____/s/_____
                                  CLAUDIA QUIROZ
                                  Assistant United States Attorney

Dated: December 16, 2015          _____/s/_____
                                  EDWIN PRATHER
                                  Attorney for James Jordan